UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN M. DOMINGUEZ FRANCISCO and YASMIN VALERA,

                      Plaintiffs,

-against-

SORIA TRUCKING LLC and ANTHONY E. SORIA,

                      Defendants.

25-CV-04817 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's **June 13, 2025** Order, ECF No. **7**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **September 10, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 15, 2025**.

    SO ORDERED.

Dated: September 11, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge