UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John M. Dominguez Francisco; Yasmin Valera,<br><br>Plaintiffs,<br><br>-against-<br><br>Soria Trucking, LLC; Anthony E. Soria,<br><br>Defendants. | 25-CV-4817 (AS)<br><br><u>ORDER OF DISMISSAL</u> |

ARUN SUBRAMANIAN, United States District Judge:

The Court having been advised by the parties that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 9.B of the Court's Individual Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 15, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge